UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

UNITED STATES OF AMERICA,

-v-

JOSEPH ENDOSO,

Defendant.

---------------------------------------X

26cr 390 (DLC)

SEALED ORDER

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant is scheduled to waive indictment and enter a change of plea on **August 27, 2026 at 2:30 PM** in Courtroom 18B, 500 Pearl Street.

Dated: New York, New York
August 24, 2026

Denise Cote

DENISE COTE
United States District Judge